# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEXUS GOLD US, a corporation;<br>PAUL THOMPSON, an individual,<br>　　　　Plaintiffs,<br>vs.<br>JULIO BALTAZAR, an individual,<br>DOES I-X, unknown individuals,<br>in their individual capacities,<br>　　　　Defendant. | 3:17-cv-00421-HDM-WGC<br><br>ORDER |

Before the court is plaintiffs' motion for extension of time to effectuate service (ECF No. 5). Plaintiffs' motion (ECF No. 5) is hereby **GRANTED**. Time for filing a valid proof of service is extended to on or before February 15, 2018.

IT IS SO ORDERED.

DATED: This 17th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE