**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEXUS GOLD US, a corporation; PAUL THOMPSON, an individual, | 3:17-cv-00421-HDM-WGC |
| Plaintiffs, | ORDER |
| vs. | |
| JULIO BALTAZAR, an individual, DOES I-X, unknown individuals, in their individual capacities, | |
| Defendant. | |

On February 15, 2018, plaintiffs filed a notice of consent to dismiss this action without prejudice (ECF No. 7). The record reflects that defendants have not been served and have made no appearance. As such, this action is hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: This 15th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

1